UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RADIANCE ALUMINUM FENCE,
INC.,

      Plaintiff/Counter-Defendant,         No. 18-12605

v.                                  District Judge David M. Lawson
                                  Magistrate Judge R. Steven Whalen

MARQUIS METAL MATERIAL, INC.,

      Defendant/Counter-Plaintiff.

_____ /

### ORDER [ECF Nos. 33, 38, and 57]

For the reasons and under the terms stated on the record on October 24, 2019,

(1) Defendant/Counter-Plaintiff's Motion for a Protective Order Pursuant to Rule 26 and to Quash Plaintiff's Third Party Subpoenas Pursuant to Rule 45 [ECF No. 33] is GRANTED.

(2) Non-Party Shoreline's Amended Motion for A protective Order Pursuant to Rule 26 and to Quash Plaintiff's Third Party Subpoenas Pursuant to Rule 45 [ECF No. 38] is GRANTED.[1]

(3) Plaintiff/Counter-Defendant's Motion to Compel Non-Party Elite Fence Products, Inc. to Comply with Subpoena Dated August 24, 2019 [ECF No. 57] is DENIED.

---

[1] Shoreline's original motion [ECF No. 36] was superseded by its amended motion [ECF No. 38].

-1-

IT IS SO ORDERED.


Dated: October 24, 2019                s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE


## **CERTIFICATE OF SERVICE**

      I hereby certify on October 24, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants October 24, 2019.


                                       s/Carolyn M. Ciesla
                                       Case Manager for the
                                       Honorable R. Steven Whalen